# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Leslie Johnson, | : |
| | : |
| | : Civil Action No.: 1:10-cv-01443-RDB |
| Plaintiff, | : |
| v. | : |
| | : |
| Alliance Asset Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Leslie Johnson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 12, 2010

                                                    Respectfully submitted,
                                                    By /s/ Forrest E. Mays_____
                                                    Forrest E. Mays (Bar No. 07510)
                                                    2341 N Forrest Drive, Suite 90
                                                    Annapolis, MD  21403
                                                    Telephone: (410) 267-6297
                                                    Facsimile: (410) 267-6234
                                                    Email: mayslaw@mac.com

                                                    Of Counsel To
                                                    LEMBERG & ASSOCIATES L.L.C.
                                                    A Connecticut Law Firm
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (877) 795-3666
                                                    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  /s/ Forrest E. Mays

                                         Forrest E. Mays